| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:
Vanessa Gonzales

CASE NO.:
CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s).

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/23/2024        Vanessa Gonzales            /s/ Van [signature]
                        Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____  _____    _____
                        Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                F 1002-1.EMP.INCOME.DEC



**San Gabriel-Pomona Valleys Developmental**
75 Rancho Camino Dr
Pomona, CA 91766

**Direct Deposit Advice**

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | September 27, 2024 | 66401 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| J.P. MORGAN CHASE BA | C | ***3121 | 1,816.48 |
| **Total Direct Deposits** | | | **1,816.48** |

110923    240-FamSvsIII-T3FTN    100128  66401    **110923**

**Vanessa Nicole Gonzales**
6475 Atlantic Ave
Space 955
Long Beach , CA  90805

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### San Gabriel-Pomona Valleys Developmental

**Vanessa Nicole Gonzales**                                                              **Earnings Statement**

| Employee ID | 100128 | Fed Taxable Income | 2,056.93 | Check Date | September 27, 2024 | Voucher Number | 66401 |
| Location | 240-FamSvsIII-T | Fed Filing Status | S | Period Beginning | September 8, 2024 | Net Pay | 1,816.48 |
| Hourly | $27.28 | State Filing Status | S-0 | Period Ending | September 21, 2024 | Total Hours Worked | 73.30 |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| 401(a) | | 0.00 | 177.21 | 3,805.08 |
| 403b ER M | | 0.00 | 66.45 | 1,103.49 |
| ER Cost of | | | | 525.49 |
| ER Cost of | | | | 60.94 |
| ER Cost of | | | | 160.86 |
| ER Cost of | | | | 5,622.01 |
| ER Cost of | | | | 62.18 |
| Floating H | 27.28 | 3.00 | 81.84 | 493.64 |
| GROUP TE | | 0.00 | 2.36 | 45.33 |
| Holiday | | | | 2,515.84 |
| Incentive | | | | 4,674.46 |
| Overtime | 40.92 | 0.80 | 32.74 | 137.16 |
| Regular | 27.28 | 72.50 | 1,977.80 | 35,170.43 |
| Sick | | | | 2,268.15 |
| Taxable mi | | | | 57.25 |
| Time Off C | | | | 54.56 |
| Vacation | 27.28 | 4.50 | 122.76 | 2,249.02 |
| **Gross Earnings** | | **80.80** | **2,217.50** | **47,665.84** |

| **Taxes** | | **Amount** | **YTD** |
|---|---|---|---|
| CA | | 63.73 | 1,374.75 |
| CASDI-E | | 23.33 | 506.79 |
| FITW | | 170.24 | 3,704.73 |
| MED | | 30.79 | 668.69 |
| **Taxes** | | **288.09** | **6,254.96** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 403b | 66.45 | 1,103.49 |
| Anthem Select HMO | 55.66 | 779.24 |
| Flex Spending Account | 38.46 | 769.20 |
| Flexible Workspace Stipend | -50.00 | -450.00 |
| GROUP TERM LIFE CALCULA | 2.36 | 45.33 |
| Mileage Reimb | | -182.64 |
| **Deductions** | **112.93** | **2,064.62** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| J.P. MORGAN CHASE BANK, N.A. | C | ***3121 | 1,816.48 |
| **Total Direct Deposits** | | | **1,816.48** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Appreciati | 0.00 | 0.00 |
| CTO | 0.00 | 0.00 |
| Floating | 24.00 | 8.00 |
| Holiday | 112.00 | 16.00 |
| Other | 47.52 | 49.75 |



**San Gabriel-Pomona Valleys Developmental**
75 Rancho Camino Dr
Pomona, CA 91766

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | September 13, 2024 | 65862 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| J.P. MORGAN CHASE BA | C | ***3121 | 1,759.60 |
| **Total Direct Deposits** | | | **1,759.60** |

110923   240-FamSvsIII-T3FTN   100128  65862   **110923**

**Vanessa Nicole Gonzales**
6475 Atlantic Ave
Space 955
Long Beach , CA  90805

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### San Gabriel-Pomona Valleys Developmental

**Vanessa Nicole Gonzales**                                                                                                    **Earnings Statement**

| Employee ID | **100128** | Fed Taxable Income | **2,048.19** | Check Date | **September 13, 2024** | Voucher Number | **65862** |
| Location | **240-FamSvsIII-T** | Fed Filing Status | **S** | Period Beginning | **August 25, 2024** | Net Pay | **1,759.60** |
| Hourly | **$27.28** | State Filing Status | **S-0** | Period Ending | **September 7, 2024** | Total Hours Worked | **61.58** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** | | **Deductions** | **Amount** | **YTD** |
|---|---|---|---|---|---|---|---|---|
| 401(a) | | 0.00 | 176.49 | 3,627.87 | | 403b | 66.18 | 1,037.04 |
| 403b ER M | | 0.00 | 66.18 | 1,037.04 | | Anthem Select HMO | 55.66 | 723.58 |
| ER Cost of | | 0.00 | 57.99 | 525.49 | | Flex Spending Account | 38.46 | 730.74 |
| ER Cost of | | 0.00 | 6.27 | 60.94 | | Flexible Workspace Stipend | | -400.00 |
| ER Cost of | | 0.00 | 16.55 | 160.86 | | GROUP TERM LIFE CALCULA | 2.36 | 42.97 |
| ER Cost of | | 0.00 | 630.79 | 5,622.01 | | Mileage Reimb | | -182.64 |
| ER Cost of | | 0.00 | 6.94 | 62.18 | | **Deductions** | **162.66** | **1,951.69** |
| Floating H | | | | 411.80 | | **Direct Deposits** | **Type Account** | **Amount** |
| GROUP TE | | 0.00 | 2.36 | 42.97 | | J.P. MORGAN CHASE BANK, N.A. | C   ***3121 | 1,759.60 |
| Holiday | 27.28 | 8.00 | 218.24 | 2,515.84 | | **Total Direct Deposits** | | **1,759.60** |
| Incentive | | | | 4,674.46 | | | | |
| Overtime | 40.92 | 0.58 | 23.73 | 104.42 | | | **Available** | **Plan Year** |
| Regular | 27.28 | 61.00 | 1,664.08 | 33,192.63 | | **Time Off** | **to Use** | **Used** |
| Sick | 27.28 | 8.00 | 218.24 | 2,268.15 | | Appreciati | 0.00 | 0.00 |
| Taxable mi | | | | 57.25 | | CTO | 0.00 | 0.00 |
| Time Off C | | | | 54.56 | | Floating | 27.00 | 5.00 |
| Vacation | 27.28 | 3.00 | 81.84 | 2,126.26 | | Holiday | 112.00 | 16.00 |
| **Gross Earnings** | | **80.58** | **2,208.49** | **45,448.34** | | Other | 44.94 | 45.25 |

| **Taxes** | | **Amount** | **YTD** |
|---|---|---|---|
| CA | | 63.15 | 1,311.02 |
| CASDI-E | | 23.23 | 483.46 |
| FITW | | 169.19 | 3,534.49 |
| MED | | 30.66 | 637.90 |
| **Taxes** | | **286.23** | **5,966.87** |

San Gabriel-Pomona Valleys Developmental | 75 Rancho Camino Dr  Pomona, CA 91766 | (909) 620-7722 | FEIN: 95-4059206 | CA: 910-2376-2



San Gabriel-Pomona Valleys Developmental
75 Rancho Camino Dr
Pomona, CA 91766

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | August 30, 2024 | 65327 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| J.P. MORGAN CHASE BA | C | ***3121 | 1,835.35 |
| **Total Direct Deposits** | | | **1,835.35** |

110923    240-FamSvsIII-T3FTN    100128   65327    **110923**

**Vanessa Nicole Gonzales**
6475 Atlantic Ave
Space 955
Long Beach , CA  90805

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### San Gabriel-Pomona Valleys Developmental

**Vanessa Nicole Gonzales**     Earnings Statement

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 100128 | Fed Taxable Income | 2,080.83 | Check Date | **August 30, 2024** |
| Location | 240-FamSvsIII-T | Fed Filing Status | S | Period Beginning | **August 11, 2024** |
| Hourly | $27.28 | State Filing Status | S-0 | Period Ending | **August 24, 2024** |

| | | | |
|---|---|---|---|
| Voucher Number | **65327** |
| Net Pay | **1,835.35** |
| Total Hours Worked | **75.50** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401(a) | | 0.00 | 174.59 | 3,451.38 |
| 403b ER M | | 0.00 | 65.47 | 970.86 |
| ER Cost of | | | | 467.50 |
| ER Cost of | | | | 54.67 |
| ER Cost of | | | | 144.31 |
| ER Cost of | | | | 4,991.22 |
| ER Cost of | | | | 55.24 |
| Floating H | | | | 411.80 |
| GROUP TE | | 0.00 | 2.36 | 40.61 |
| Holiday | | | | 2,297.60 |
| Incentive | | | | 4,674.46 |
| Overtime | | | | 80.69 |
| Regular | 27.28 | 75.50 | 2,059.64 | 31,528.55 |
| Sick | 27.28 | 4.50 | 122.76 | 2,049.91 |
| Taxable mi | | | | 57.25 |
| Time Off C | | | | 54.56 |
| Vacation | | | | 2,044.42 |
| **Gross Earnings** | | **80.00** | **2,184.76** | **43,239.85** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| CA | | 65.31 | 1,247.87 |
| CASDI-E | | 23.58 | 460.23 |
| FITW | | 173.11 | 3,365.30 |
| MED | | 31.12 | 607.24 |
| **Taxes** | | **293.12** | **5,680.64** |

| Deductions | Amount | YTD |
|---|---|---|
| 403b | 65.47 | 970.86 |
| Anthem Select HMO | | 667.92 |
| Flex Spending Account | 38.46 | 692.28 |
| Flexible Workspace Stipend | -50.00 | -400.00 |
| GROUP TERM LIFE CALCULA | 2.36 | 40.61 |
| Mileage Reimb | | -182.64 |
| **Deductions** | **56.29** | **1,789.03** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| J.P. MORGAN CHASE BANK, N.A. | C | ***3121 | 1,835.35 |
| **Total Direct Deposits** | | | **1,835.35** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Appreciati | 0.00 | 0.00 |
| CTO | 0.00 | 0.00 |
| Floating | 27.00 | 5.00 |
| Holiday | 120.00 | 8.00 |
| Other | 48.86 | 34.25 |

San Gabriel-Pomona Valleys Developmental | 75 Rancho Camino Dr  Pomona, CA 91766 | (909) 620-7722 | FEIN: 95-4059206 | CA: 910-2376-2

**San Gabriel-Pomona Valleys Developmental**
75 Rancho Camino Dr
Pomona, CA 91766

Direct Deposit Advice 

| | Check Date | Voucher Number |
|---|---|---|
| | August 16, 2024 | 64782 |

**DIRECT DEPOSIT VOUCHER**

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| J.P. MORGAN CHASE BA | C | ***3121 | 1,768.53 |
| **Total Direct Deposits** | | | **1,768.53** |

110923    240-FamSvsIII-T3FTN    100128  64782    **110923**

Non Negotiable - This is not a check - Non Negotiable

**Vanessa Nicole Gonzales**
6475 Atlantic Ave
Space 955
Long Beach , CA  90805

## Non Negotiable - This is not a check - Non Negotiable

### San Gabriel-Pomona Valleys Developmental

**Vanessa Nicole Gonzales**                                                                 **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **100128** | Fed Taxable Income | **2,031.97** | Check Date **August 16, 2024**  Voucher Number **64782** |
| Location | **240-FamSvsIII-T** | Fed Filing Status | **S** | Period Beginning **July 28, 2024**  Net Pay **1,768.53** |
| Hourly | **$27.28** | State Filing Status | **S-0** | Period Ending **August 10, 2024**  Total Hours Worked **50.25** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401(a) | | 0.00 | 174.59 | 3,276.79 |
| 403b ER M | | 0.00 | 65.47 | 905.39 |
| ER Cost of | | | | 467.50 |
| ER Cost of | | | | 54.67 |
| ER Cost of | | | | 144.31 |
| ER Cost of | | | | 4,991.22 |
| ER Cost of | | | | 55.24 |
| Floating H | | | | 411.80 |
| GROUP TE | | 0.00 | 2.36 | 38.25 |
| Holiday | | | | 2,297.60 |
| Incentive | | | | 4,674.46 |
| Overtime | | | | 80.69 |
| Regular | 27.28 | 50.25 | 1,370.82 | 29,468.91 |
| Sick | 27.28 | 10.50 | 286.44 | 1,927.15 |
| Taxable mi | | 0.00 | 6.80 | 57.25 |
| Time Off C | | | | 54.56 |
| Vacation | 27.28 | 19.25 | 525.14 | 2,044.42 |
| **Gross Earnings** | | **80.00** | **2,191.56** | **41,055.09** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 62.08 | 1,182.56 |
| CASDI-E | 23.05 | 436.65 |
| FITW | 167.25 | 3,192.19 |
| MED | 30.41 | 576.12 |
| **Taxes** | **282.79** | **5,387.52** |

| Deductions | Amount | YTD |
|---|---|---|
| 403b | 65.47 | 905.39 |
| Anthem Select HMO | 55.66 | 667.92 |
| Flex Spending Account | 38.46 | 653.82 |
| Flexible Workspace Stipend | | -350.00 |
| GROUP TERM LIFE CALCULA | 2.36 | 38.25 |
| Mileage Reimb | -21.71 | -182.64 |
| **Deductions** | **140.24** | **1,732.74** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| J.P. MORGAN CHASE BANK, N.A. | C    ***3121 | 1,768.53 |
| **Total Direct Deposits** | | **1,768.53** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Appreciati | 0.00 | 0.00 |
| CTO | 0.00 | 0.00 |
| Floating | 27.00 | 5.00 |
| Holiday | 120.00 | 8.00 |
| Other | 46.28 | 29.75 |

San Gabriel-Pomona Valleys Developmental | 75 Rancho Camino Dr  Pomona, CA 91766 | (909) 620-7722 | FEIN: 95-4059206 | CA: 910-2376-2

**San Gabriel-Pomona Valleys Developmental**
75 Rancho Camino Dr
Pomona, CA 91766



Direct Deposit Advice

**Check Date**  **Voucher Number**
August 2, 2024  64245

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| J.P. MORGAN CHASE BA | C | ***3121 | 1,741.47 |
| **Total Direct Deposits** | | | **1,741.47** |

110923   240-FamSvsIII-T3FTN   100128  64245   **110923**

**Vanessa Nicole Gonzales**
6475 Atlantic Ave
Space 955
Long Beach , CA  90805

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### San Gabriel-Pomona Valleys Developmental

**Vanessa Nicole Gonzales**                                                                          **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **100128** | Fed Taxable Income | **2,025.17** | Voucher Number | **64245** |
| Location | **240-FamSvsIII-T** | Fed Filing Status | **S** | Net Pay | **1,741.47** |
| Hourly | **$27.28** | State Filing Status | **S-0** | Total Hours Worked | **77.00** |

Check Date **August 2, 2024**
Period Beginning **July 14, 2024**
Period Ending **July 27, 2024**

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401(a) | | 0.00 | 174.59 | 3,102.20 |
| 403b ER M | | 0.00 | 65.47 | 839.92 |
| ER Cost of | | 0.00 | 57.99 | 467.50 |
| ER Cost of | | 0.00 | 6.27 | 54.67 |
| ER Cost of | | 0.00 | 16.55 | 144.31 |
| ER Cost of | | 0.00 | 630.79 | 4,991.22 |
| ER Cost of | | 0.00 | 6.94 | 55.24 |
| Floating H | 27.28 | 3.00 | 81.84 | 411.80 |
| GROUP TE | | 0.00 | 2.36 | 35.89 |
| Holiday | | | | 2,297.60 |
| Incentive | | | | 4,674.46 |
| Overtime | | | | 80.69 |
| Regular | 27.28 | 77.00 | 2,100.56 | 28,098.09 |
| Sick | | | | 1,640.71 |
| Taxable mi | | | | 50.45 |
| Time Off C | | | | 54.56 |
| Vacation | | | | 1,519.28 |
| **Gross Earnings** | | **80.00** | **2,184.76** | **38,863.53** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| CA | | | 61.63 | 1,120.48 |
| CASDI-E | | | 22.97 | 413.60 |
| FITW | | | 166.43 | 3,024.94 |
| MED | | | 30.31 | 545.71 |
| **Taxes** | | | **281.34** | **5,104.73** |

| Deductions | Amount | YTD |
|---|---|---|
| 403b | 65.47 | 839.92 |
| Anthem Select HMO | 55.66 | 612.26 |
| Flex Spending Account | 38.46 | 615.36 |
| Flexible Workspace Stipend | | -350.00 |
| GROUP TERM LIFE CALCULA | 2.36 | 35.89 |
| Mileage Reimb | | -160.93 |
| **Deductions** | **161.95** | **1,592.50** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| J.P. MORGAN CHASE BANK, N.A. | C | ***3121 | 1,741.47 |
| **Total Direct Deposits** | | | **1,741.47** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Appreciati | 0.00 | 0.00 |
| CTO | 0.00 | 0.00 |
| Floating | 27.00 | 5.00 |
| Holiday | 120.00 | 8.00 |
| Other | 68.95 | 0.00 |

San Gabriel-Pomona Valleys Developmental | 75 Rancho Camino Dr  Pomona, CA 91766 | (909) 620-7722 | FEIN: 95-4059206 | CA: 910-2376-2