Certificate Number: 14912-CAC-DE-039142589

Bankruptcy Case Number: 24-18022



14912-CAC-DE-039142589

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2024, at 10:44 o'clock PM EST, Vanessa Gonzales completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  December 9, 2024                By:   /s/Jai Bhatt

                                        Name: Jai Bhatt

                                        Title: Counselor